**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-81225-CIV-DAMIAN/Galler**

**KENNETH VARIPAPA**,

Plaintiff,

v.

**FEDERAL EXPRESS CORPORATION**,

Defendant.
____________________________________/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING AND MOTION FOR EXEMPTION FROM L.R. 4(b) CASE LIMIT REQUIREMENT [ECF NOS. 14, 15]**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Appear *Pro Hac Vice* for Shannon Liss-Riordan, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 14], and Motion for Exemption from the *Pro Hac Vice* Case Limit Requirements for Shannon Liss-Riordan [ECF No. 15] (collectively, "the Motions"), filed on November 12, 2026.

THE COURT has carefully reviewed the Motions and the record and is otherwise fully advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motions **[ECF Nos. 14, 15]** are **GRANTED**. Shannon Liss-Riordan may appear and participate in this action on behalf of Plaintiff. The Clerk shall provide electronic notification of all electronic filings to Shannon Liss-Riordan at the following email address: sliss@llrlaw.com.

2. Shannon Liss-Riordan is granted an exemption from the three-case limit on *pro hac vice* appearances, *see* Rule 4(b)(2) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, for the limited purpose of representing a plaintiff who has refiled a Fair Labor Standards Act (FLSA) claim in this District against Federal Express Corporation that was formerly part of the decertified action *Claiborne v. FedEx Ground Package Systems, Inc.*, No. 2:18-cv-01698 (W.D. Pa.).

3. This Court reserves the power to withdraw permission for special appearance prior to and during the time of trial. Failure to abide by any Court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

4. Plaintiff's initial Motion for Shannon Liss-Riordan to Appear *Pro Hac Vice* **[ECF No. 10]** is **DENIED AS MOOT** in light of the foregoing.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 17th day of November, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

CC: Counsel of Record